AO 240 (Rev. 9/96)

# United States District Court

**NORTHERN** DISTRICT OF **ILLINOIS**
EASTERN DIVISION

U.S. ex rel. DENNIS MORLAND,

V.

TERRY L. MCCANN, Warden,

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER:

**FILED**
AUG 28 2008
AUG 28 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

08cv4925
JUDGE DARRAH
MAGISTRATE JUDGE SCHENKIER

I, DENNIS MORLAND Register No. B-60073 declare that I am the (check appropriate box)

[X] petitioner/    [ ] other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC. §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the _____ /petition/

28 U.S.C. §2254 HABEAS PETITION    FILING FEE BEING SENT FROM PRISON ACCOUNT.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    [X] Yes    [ ] No    (If "No" go to Part 2)

   If "Yes" state the place of your incarceration  Stateville Correctional Center

   Are you employed at the institution? NO    Do you receive any payment from the institution? YES
   State pay whenever the institution is not on lockdown status
   Have the institution fill out the Certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?    [ ] Yes    [X] No

   a. If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   N/A

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

   N/A

3. In the past 12 twelve months have your received any money from any of the following sources?

   a. Business, profession or other self-employment    [ ] Yes    [X] No
   b. Rent payments, interest or dividends            [ ] Yes    [X] No
   c. Pensions, annuities or life insurance payments  [ ] Yes    [X] No
   d. Disability or workers compensation payments     [ ] Yes    [X] No
   e. Gifts or inheritances                           [ ] Yes    [X] No
   f. Any other sources                               [ ] Yes    [X] No

   If the answer to any of the above is "Yes" describe each source of money and state the amount received and what you expect you will continue to receive.

AO 240 (Rev. 9/96)

4. Do you have any cash or checking or savings accounts?   ☒ Yes   ☐ No

   If "Yes" state the total amount.  IN PRISON ACCOUNT - SEE ATTACHED AUDIT

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☒ No

   If "Yes" describe the property and state its value.

   N/A

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   N/A

I declare under penalty of perjury that the above information is true and correct.

8-20-08
DATE

_Dennis Morland_
SIGNATURE OF APPLICANT

Dennis Morland #B-60073, Stateville Corr. Center
Post Office Box 112, Joliet, Illinois 60434-0112

**NOTICE TO PRISONER:** A Prisoner seeking to proceed IFP shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

## CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

DENNIS MORLAND B60073

I certify that the applicant named herein has the sum of $ __101.25__ on account to his/her credit at (name of institution) __STATEVILLE CORRECTIONAL CENTER__. I further certify that the applicant has the following securities to his/her credit: _____

_____. I further certify that during the past six months the applicant's average balance was $ _____.

8-19-08
DATE

_T. Cirr_ / T. CIRRICIONE
SIGNATURE OF AUTHORIZED OFFICER

**Stateville Correctional Center**
**Trust Fund**
Inmate Transaction Statement

REPORT CRITERIA - Date: 01/12/2008 thru End;   Inmate: B60073;   Active Status Only ? : No;   Print Restrictions ? : Yes;
Transaction Type: All Transaction Types;   Print Furloughs / Restitutions ? : Yes;   Include Inmate Totals ? : Yes;   Print
Balance Errors Only ? : No

**Inmate: B60073 Morland, Dennis**     **Housing Unit: STA-D -07-54**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| | | | | | Beginning Balance: | | 0.07 |
| 01/29/08 | Mail Room | 01 MO/Checks (Not Held) | 0292175 | 10568370475 | Williams, St. | 50.00 | 50.07 |
| 01/29/08 | Mail Room | 01 MO/Checks (Not Held) | 0292175 | 10568370497 | Williams, St. | 50.00 | 100.07 |
| 01/29/08 | Mail Room | 01 MO/Checks (Not Held) | 0292175 | 10568370464 | Williams, St. | 50.00 | 150.07 |
| 01/29/08 | Mail Room | 01 MO/Checks (Not Held) | 0292175 | 10568370486 | Williams, St. | 50.00 | 200.07 |
| 01/29/08 | Point of Sale | 60 Commissary | 0297137 | 523485 | Commissary | -62.96 | 137.11 |
| 02/06/08 | Point of Sale | 60 Commissary | 0377137 | 524205 | Commissary | -33.40 | 103.71 |
| 02/08/08 | Payroll | 20 Payroll Adjustment | 039190 | | P/R month of 01/2008 | 10.00 | 113.71 |
| 02/12/08 | Point of Sale | 60 Commissary | 0437137 | 525447 | Commissary | -23.72 | 89.99 |
| 02/18/08 | Point of Sale | 60 Commissary | 0497137 | 526495 | Commissary | -8.56 | 81.43 |
| 02/19/08 | Disbursements | 80 Postage | 050390 | Chk #138845 | g0214029, DOC: 523 Fund Inmate Inv. Date: 02/14/2008 | -2.16 | 79.27 |
| 02/20/08 | Disbursements | 88 payment to the court | 051390 | Chk #138877 | C0220012, U.S. District Court, Inv. Date: 02/20/2008 | -1.50 | 77.77 |
| 03/04/08 | Point of Sale | 60 Commissary | 0647137 | 527848 | Commissary | -31.59 | 46.18 |
| 03/10/08 | Payroll | 20 Payroll Adjustment | 070190 | | P/R month of 02/2008 | 9.86 | 56.04 |
| 03/11/08 | Point of Sale | 60 Commissary | 0717137 | 528916 | Commissary | -8.69 | 47.35 |
| 03/19/08 | Point of Sale | 60 Commissary | 079783 | 530193 | Commissary | -12.66 | 34.69 |
| 03/26/08 | Disbursements | 84 Library | 086390 | Chk #139525 | 325032, DOC: 523 Fund Library Inv. Date: 03/25/2008 | -.05 | 34.64 |
| 04/03/08 | Point of Sale | 60 Commissary | 0947137 | 531172 | Commissary | -1.96 | 32.68 |
| 04/03/08 | Mail Room | 01 MO/Checks (Not Held) | 0942175 | 200736675403 | Randall Pwana | 40.00 | 72.68 |
| 04/07/08 | Payroll | 20 Payroll Adjustment | 098190 | | P/R month of 03/2008 | 6.46 | 79.14 |
| 04/14/08 | Point of Sale | 60 Commissary | 1057137 | 532231 | Commissary | -26.81 | 52.33 |
| 04/21/08 | Point of Sale | 60 Commissary | 1127142 | 533760 | Commissary | -17.96 | 34.37 |
| 04/22/08 | Point of Sale | 60 Commissary | 1137135 | 533811 | Commissary | .70 | 35.07 |
| 05/05/08 | Point of Sale | 60 Commissary | 126783 | 535126 | Commissary | -19.92 | 15.15 |
| 05/12/08 | Point of Sale | 60 Commissary | 1337116 | 536472 | Commissary | -11.86 | 3.29 |
| 05/13/08 | Point of Sale | 60 Commissary | 1347135 | 536662 | Commissary | -.01 | 3.28 |
| 05/13/08 | Payroll | 20 Payroll Adjustment | 1341148 | | P/R month of 04/2008 | 4.08 | 7.36 |
| 05/20/08 | Point of Sale | 60 Commissary | 1417137 | 538104 | Commissary | -7.10 | .26 |
| 06/10/08 | Payroll | 20 Payroll Adjustment | 1621148 | | P/R month of 05/2008 | 10.00 | 10.26 |
| 06/12/08 | Disbursements | 84 Library | 164337 | Chk #140896 | w 520 023, DOC: Library Copies Inv. Date: 05/20/2008 | -.80 | 9.46 |
| 06/19/08 | Point of Sale | 60 Commissary | 171783 | 541942 | Commissary | -8.36 | 1.10 |
| 07/01/08 | Mail Room | 01 MO/Checks (Not Held) | 1832175 | 12332887841 | ST Williams | 50.00 | 51.10 |
| 07/01/08 | Mail Room | 01 MO/Checks (Not Held) | 1832175 | 12332887863 | ST Williams | 50.00 | 101.10 |
| 07/01/08 | Mail Room | 01 MO/Checks (Not Held) | 1832175 | 12332887885 | ST Williams | 50.00 | 151.10 |
| 07/01/08 | Mail Room | 01 MO/Checks (Not Held) | 1832175 | 12332887852 | ST Williams | 50.00 | 201.10 |
| 07/01/08 | Mail Room | 01 MO/Checks (Not Held) | 1832175 | 12332887874 | ST Williams | 50.00 | 251.10 |
| 07/09/08 | Point of Sale | 60 Commissary | 191783 | 543812 | Commissary | -47.58 | 203.52 |
| 07/10/08 | Payroll | 20 Payroll Adjustment | 1921148 | | P/R month of 06/2008 | 8.64 | 212.16 |

**Statesville Correctional Center**
**Trust Fund**
Inmate Transaction Statement

REPORT CRITERIA - Date: 01/12/2008 thru End;　　Inmate: B60073;　　Active Status Only ? : No;　　Print Restrictions ? : Yes;
　　Transaction Type: All Transaction Types;　　Print Furloughs / Restitutions ? : Yes;　　Include Inmate Totals ? : Yes;　　Print Balance Errors Only ? : No

**Inmate: B60073 Morland, Dennis**　　　　　　　　**Housing Unit: STA-D -07-54**

|  |  |
|---|---|
| Total Inmate Funds: | 212.16 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | .00 |
| Funds Available: | 212.16 |
| Total Furloughs: | .00 |
| Total Voluntary Restitutions: | .00 |